# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

THAIRIE X. ROBINSON

NO. 2024 KW 0424

**JULY 1, 2024**

---

In Re:  Thairie Xavier Robinson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-16-1072.

---

**BEFORE:  THERIOT, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.** The district court did not abuse its discretion in summarily dismissing the APCR. Relator failed to establish that relief should be granted. See La. Code Crim. P. art. 929(A), La. Code Crim. P. art. 930.2 & **State ex rel. Tassin v. Whitley**, 602 So.2d 721, 722 (La. 1992).

**MRT
AHP
WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT